No. 83–2055.  IN RE C. ITOH & CO. (AMERICA) INC.;

No. 83–6707.  IN RE DOHM;

No. 83–6842.  IN RE DOHM;

No. 83–6976.  IN RE ACOSTA;

No. 83–7003.  IN RE SOMMER; and

No. 84–5243.  IN RE JONES.  Petitions for writs of mandamus denied.

No. 83–2094.  IN RE PEARCE.  Petition for writ of mandamus and other relief denied.

No. 84–5021.  IN RE CARTER.  Petition for writ of mandamus and/or prohibition denied.

No. 83–6897.  IN RE BARRITT.  Petition for writ of prohibition denied.

No. 83–2030.  BOARD OF EDUCATION OF OKLAHOMA CITY v. NATIONAL GAY TASK FORCE.  Appeal from C. A. 10th Cir.  Probable jurisdiction noted.

No. 83–2166.  ZAUDERER v. OFFICE OF DISCIPLINARY COUNSEL OF THE SUPREME COURT OF OHIO.  Appeal from Sup. Ct. Ohio.  Probable jurisdiction noted.

No. 84–28.  BROCKETT v. SPOKANE ARCADES, INC., ET AL.; and

No. 84–143.  EIKENBERRY, ATTORNEY GENERAL OF WASHINGTON, ET AL. v. J-R DISTRIBUTORS, INC., ET AL.  Appeals from C. A. 9th Cir.  Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 725 F. 2d 482.

No. 83–1492.  NATIONAL RAILROAD PASSENGER CORPORATION v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL.; and

No. 83–1633.  ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION.  Appeals from C. A. 7th Cir.  In No. 83–1492, probable jurisdiction noted.  In No. 83–1633, further consideration of question of jurisdiction postponed to hearing of case on the merits.  Cases consolidated and a total of one hour allotted for oral argument.  Reported below: 723 F. 2d 1298.